# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CLINTON HOPE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 2:23-cv-425-TFM-B |
| | ) |
| **INTERNATIONAL PAPER** | ) |
| **COMPANY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORADUM OPINION AND ORDER

On April 10, 2024, the Magistrate Judge entered a Report and Recommendation which recommends the Plaintiff's motion to remand (Doc. 8) be denied and Defendants Mike Closson and Jim Bruce be dismissed as parties to this action. *See* Doc. 31. No objections were filed and the time has passed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's motion to remand (Doc. 8) is **DENIED**, and that Defendants Closson and Bruce are **DISMISSED** as parties to this action.

**DONE** and **ORDERED** this 20th day of May, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE